**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6515**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ANGELO GALLOWAY, a/k/a Gelo,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:10-cr-00096-MSD-TEM-2; 2:25-cv-00073-MSD)

Submitted:  October 16, 2025                    Decided:  October 21, 2025

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Angelo Galloway, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angelo Galloway appeals the district court's order denying his petition for a writ of error coram nobis. We have reviewed the record and find no reversible error in the district court's determination that Galloway failed to establish the requirements for coram nobis relief. *See United States v. Sutherland*, 103 F.4th 200, 210-11 (4th Cir. 2024) (discussing requirements for "extraordinary" coram nobis remedy), *cert. denied*, 145 S. Ct. 1059 (2025); *United States v. Akinsade*, 686 F.3d 248, 252 (4th Cir. 2012) (standard of review). We also find no abuse of discretion in the district court's resolution of the petition without an evidentiary hearing or in camera review. *See Sutherland*, 103 F.4th at 207 (reviewing denial of evidentiary hearing in postconviction proceeding for abuse of discretion); *In re Grand Jury Proceedings*, 33 F.3d 342, 350-51 (4th Cir. 1994) (reviewing denial of in camera review for abuse of discretion). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*